1  Robert Wolfe, Esq. (State Bar No. 132845)
   ENGSTROM, LIPSCOMB & LACK
2  10100 Santa Monica Blvd., 16th Floor
   Los Angeles, CA 90067
3  Telephone (310) 552-3800
   Facsimile (310) 552-9434
4
5  Alan Nakazawa, Esq. (State Bar No. 84670)
   Dena Aghabeg, Esq. (State Bar No. 185311)
   COGSWELL NAKAZAWA & CHANG, LLP
6  444 West Ocean Boulevard, Suite 1250
   Long Beach, California 90802-8131
7  Telephone (562) 951-8668
   Facsimile (562) 951-3933
8
   Attorneys for Plaintiffs
9  Alan Carpenter and Tracy Ragsdale

10
                UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12

13 ALAN CARPENTER AND TRACY        ) CASE NO. C 07 0549
   RAGSDALE, individuals,          )
14                                 )
                                   ) [PROPOSED] ORDER
15         Plaintiffs,              ) AUTHORIZING CLERK TO ISSUE
                                   ) WARRANT OF MARITIME
16     vs.                         ) ARREST
                                   )
17 Tug MICHAEL UHL, her engines,   )
   machinery, tackle, equipment,   )
18 furnishings and appurtenances, in rem, )
                                   )
19         Defendant.              )
                                   )
20                                 )
                                   )
21 ────────────────────────────────

22

23        Upon reading Plaintiffs' verified *in rem* complaint for maritime arrest

24 and enforcement of maritime lien, the Court finds that the conditions appear to

25 exist for an action *in rem* and for the maritime arrest of the tug MICHAEL UHL, a

26 86 foot ocean-going tug of approximately 82 gross toms, registered with the

27 United States Coast Guard with official number 545092, under Rule C of the

28 Supplemental Admiralty and Maritime Rules, Federal Rules of Civil Procedure.

────────────────────────────────────────
1
[PROPOSED] ORDER AUTHORIZING CLERK TO ISSUE WARRANT OF
MARITIME ARREST

1  The Plaintiffs do not wish the process to be issued at the time of filing the action
2  and having requested that the process be held in abeyance under Local Admiralty
3  Rule E.4, the Court HEREBY ORDERS:
4      1. That the Clerk of this Court shall issue a Warrant for Arrest of the tug
5  MICHAEL UHL, her engines, tackle, spare parts, equipment, furnishings and
6  appurtenances, immediately upon further application of Plaintiffs, without further
7  order of this Court, and that the Clerk deliver or cause said warrant to be delivered
8  to the United States Marshal for service on the defendant vessel; and
9      2. That any person claiming an interest in the defendant vessel shall be
10 entitled, upon application to this Court, to a prompt hearing at which Plaintiffs
11 shall be required to show why the arrest should not be vacated or other relief
12 granted; and
13     3. That all reasonable expenditures which may be incurred by the Marshal,
14 any substitute custodian appointed by the court, or plaintiff for safekeeping and
15 maintaining the defendant vessel including insurance while under maritime arrest
16 of this Court, shall be administrative expenses in this action and shall be a first
17 charge on the defendant vessel to be paid prior to the release of the vessel or the
18 distribution of any proceeds of its sale. Plaintiffs shall account in writing to the
19 Court for all expenses prior to release of the vessel or confirmation of its sale.
20     IT IS FURTHER ORDERED that a copy of this Order be attached to
21 and served with the said Warrant for Arrest.
22
23 Dated: 2/12/2007          _____
24                               United States District Judge
                                 IT IS SO ORDERED
25
26
27                               MARTIN J. JENKINS
                              UNITED STATES DISTRICT JUDGE
28                               /DATE

2
[PROPOSED] ORDER AUTHORIZING CLERK TO ISSUE WARRANT OF MARITIME ARREST