Robert Wolfe, Esq. (State Bar No. 132845)
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone (310) 552-3800
Facsimile (310) 552-9434

Alan Nakazawa, Esq. (State Bar No. 84670)
Dena Aghabeg, Esq. (State Bar No. 185311)
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile (562) 951-3933

Attorneys for Plaintiffs
Alan Carpenter and Tracy Ragsdale

RECEIVED
07 JAN 26 PM 12: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MJJ

| | |
|---|---|
| ALAN CARPENTER AND TRACY RAGSDALE, individuals, | CASE NO. C 07 0549 |
| Plaintiffs, | [PROPOSED] ORDER AUTHORIZING CLERK TO ISSUE WARRANT OF MARITIME ARREST |
| vs. | |
| Tug MICHAEL UHL, her engines, machinery, tackle, equipment, furnishings and appurtenances, *in rem*, | |
| Defendant. | |

Upon reading Plaintiffs' verified *in rem* complaint for maritime arrest and enforcement of maritime lien, the Court finds that the conditions appear to exist for an action *in rem* and for the maritime arrest of the tug MICHAEL UHL, a 86 foot ocean-going tug of approximately 82 gross toms, registered with the United States Coast Guard with official number 545092, under Rule C of the Supplemental Admiralty and Maritime Rules, Federal Rules of Civil Procedure.

---
1
[PROPOSED] ORDER AUTHORIZING CLERK TO ISSUE WARRANT OF
MARITIME ARREST

The Plaintiffs do not wish the process to be issued at the time of filing the action and having requested that the process be held in abeyance under Local Admiralty Rule E.4, the Court HEREBY ORDERS:

    1. That the Clerk of this Court shall issue a Warrant for Arrest of the tug MICHAEL UHL, her engines, tackle, spare parts, equipment, furnishings and appurtenances, immediately upon further application of Plaintiffs, without further order of this Court, and that the Clerk deliver or cause said warrant to be delivered to the United States Marshal for service on the defendant vessel; and

    2. That any person claiming an interest in the defendant vessel shall be entitled, upon application to this Court, to a prompt hearing at which Plaintiffs shall be required to show why the arrest should not be vacated or other relief granted; and

    3. That all reasonable expenditures which may be incurred by the Marshal, any substitute custodian appointed by the court, or plaintiff for safekeeping and maintaining the defendant vessel including insurance while under maritime arrest of this Court, shall be administrative expenses in this action and shall be a first charge on the defendant vessel to be paid prior to the release of the vessel or the distribution of any proceeds of its sale. Plaintiffs shall account in writing to the Court for all expenses prior to release of the vessel or confirmation of its sale.

    IT IS FURTHER ORDERED that a copy of this Order be attached to and served with the said Warrant for Arrest.

Dated: 2/12/2007

_____
United States District Judge
IT IS SO ORDERED

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
_____
DATE

2

[PROPOSED] ORDER AUTHORIZING CLERK TO ISSUE WARRANT OF MARITIME ARREST