Robert Wolfe, Esq. (State Bar No. 132845)
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone (310) 552-3800
Facsimile (310) 552-9434

Alan Nakazawa, Esq. (State Bar No. 84670)
Dena Aghabeg, Esq. (State Bar No. 185311)
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile (562) 951-3933

Attorneys for Plaintiffs
Alan Carpenter and Tracy Ragsdale

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN CARPENTER AND TRACY RAGSDALE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>Tug MICHAEL UHL, her engines, machinery, tackle, equipment, furnishings and appurtenances, *in rem*,<br><br>Defendant.<br>_____ | CASE NO.: C 07-0549 MJJ<br><br>**REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**<br><br>Date of Conference: May 1, 2007<br>Time: 2:00 p.m.<br>Courtroom: Hon. Martin J. Jenkins |

---

1

REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
CASE NO.: C 07-0549 MJJ

Plaintiffs Alan Carpenter and Tracy Ragsdale (hereinafter collectively referred to as the "Plaintiffs") hereby request that the Case Management Conference scheduled for May 1, 2007, at 2:00 p.m. be continued to July 10, 2007, at 2:00 p.m. for the reasons stated in the Declaration of Alan Nakazawa filed concurrently herewith.

Respectfully submitted,

Dated: April 27, 2007    COGSWELL NAKAZAWA & CHANG, LLP


By    /s/ Alan Nakazawa
      Alan Nakazawa,
      Attorneys for Plaintiffs Alan Carpenter
      and Tracy Ragsdale


### [PROPOSED] ORDER

For good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference is continued to ___July 31___, 2007 at 2:00 p.m.

A JOINT STATEMENT BY THE PARTIES SHALL BE FILED TEN (10) DAYS BEFORE THE CONFERENCE.

Dated: __5/2/07__, 2007    _____
                            United States District Judge

---

2

REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE

CASE NO.: C 07-0549 MJJ