IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN CARPENTER AND TRACY RAGSDALE, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TUG MICHAEL UHL, her engines, machinery, tackle, equipment, furnishings and appurtenances, *in rem*,<br><br>Defendant.<br>_____ / | No. C 07-00549 WHA<br><br>**ORDER DENYING REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR** |

The Court **DENIES** plaintiffs' request to take the case management conference off calendar indefinitely. All counsel shall personally appear at the case management conference set for **FEBRUARY 28, 2008, AT 10:00 A.M.**

**IT IS SO ORDERED.**

Dated: February 26, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE