IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN CARPENTER AND TRACY RAGSDALE, individuals,

    Plaintiffs,

  v.

TUG MICHAEL UHL, her engines, machinery, tackle, equipment, furnishings and appurtenances, *in rem*,

    Defendant.

No. C 07-00549 WHA

**ORDER OF DISMISSAL**

For the reasons stated at the hearing, this matter is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE